E-FILED
Friday, 09 October, 2009  04:39:47 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **SYNTHIA ANN MAYER, n/k/a** ) | |
| **SYNTHIA ANN HUFF,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 09-CV-2138 |
| ) | |
| **ROBERT T. HAWKINS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#20) was filed by Magistrate Judge David G. Bernthal in the above cause on September 16, 2009. On September 30, 2009, Defendants, United Healthcare and Ingenix Subrogation Services, filed their Objection to Report and Recommendations (#21). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Reports and Recommendations (#20). This court agrees that Plaintiff's Motion for Remand (#15) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#20) is accepted by this court.

(2) Plaintiff's Motion for Remand (#15) is GRANTED and the case is remanded to the Circuit Court of Vermilion County.

(3) This case is terminated.

ENTERED this 9th day of October, 2009

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE